No. 10–5242.  DAVID v. SCUTT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–5243.  CANALES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–5244.  DAUGHTY v. LARKINS, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 10–5245.  CLARK v. RICCI, ASSOCIATE ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–5246.  HAMM v. RENDELL, GOVERNOR OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–5248.  GREGORY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–5249.  D. F. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 10–5250.  HENDRICKS v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certiorari denied.

No. 10–5251.  HALL v. JACOBY & MEYERS LAW OFFICES, INC.  Ct. App. N. Y.  Certiorari denied.

No. 10–5253.  FREDERICK v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–5254.  GUILLEN-REYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5255.  HOBBS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–5256.  MORRIS v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.